No. 50.  Sambolín *v.* Porrata.—Apelación procedente de la Corte de Distrito de Mayagüez.  Resuelto en Diciem-1, 1903.  Desistido á instancias de la parte apelante.  Abogado del apelante: *Sr. Monserrat.*  Abogado del apelado: *Sr. de Diego.*

---

No. 56.  Müllenhoff y Körber *v.* Argüeso.—Apelación procedente de la Corte de Distrito de Humacao.  Resuelto en Diciembre 1, 1903.  Desistido á instancia de la parte apelante.  Abogado del apelante: *Sr. Texidor.*

---

No. 112.  Torres *v.* Valdecilla.—Apelación procedente de la Corte de Distrito de Ponce.  Resuelto en Diciembre 1, 1903.  Desistido á instancia de la parte apelante.  Abogado del apelante: *Sr. Sarmiento.*  Abogado del apelado: *Sr. Casalduc.*

---

No. 32.  Mayagüez Electric Company *v.* Cabanillas Et Al.—Apelación procedente de la Corte de Distrito de Mayagüez.  Resuelto en Diciembre 10, 1903.  Desistido á instancia de la parte apelante.  Abogado del apelante: *Sr. Amill.*

---

No. 5.  Casa de Caridad y Oficios de San Ildefonso *v.* El Tesorero de Puerto Rico.—Solicitud para que se expida auto de Mandamus.  Abandonado el recurso por la parte demandante.  Abogado del demandante: *Sr. Acuña (Eduardo.)*